FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANNY P. ALLEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | No. CV 05-1168-RSWL (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation after having made a *de novo* determination of the portions to which objections were directed.

　　　　IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 12, 2008

　　　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE