FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

DANNY P. ALLEN,                    )
                                   )
            Petitioner,            )        NO. CV 05-1168-RSWL (RCF)
                                   )
      v.                           )        JUDGMENT
                                   )
JOHN MARSHALL, Warden,             )
                                   )
            Respondent.            )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: _March 12, 2008_

RONALD S.W. LEW

_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE